**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6173

LARRY BLAKNEY,

Plaintiff - Appellant,

v.

HARTSVILLE POLICE DEPARTMENT; JAMES HUDSON; T. SCARANTINO; ALAN E. DUBOIS; LOGAN GRADDY; BUTNER FEDERAL MEDICAL CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03245-M)

Submitted:  May 18, 2023                          Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Blakney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Blakney appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B)(ii) his civil action brought pursuant to 42 U.S.C. § 1983 and the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blakney v. Hartsville Police Dep't*, No. 5:22-ct-03245-M (E.D.N.C. Feb. 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*